IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  }  <br> *Plaintiff-Respondent*  }  <br>  } <br> v.  } <br>  } <br> DORA ROBLEDO,  } <br> *Defendant-Petitioner*  } | CRIMINAL ACTION NO. H-02-45-1 <br> CIVIL ACTION NO. H-04-4615 |

## MEMORANDUM AND ORDER

Presently before the Court are Petitioner Dora Robledo's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 77), the United States's Response and Motion for Summary Judgment (Doc. 83), and the Magistrate Judge's Memorandum and Recommendation (Doc. 84). After carefully considering the record and the applicable law, the Court **ORDERS** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 77) be **DENIED** and the Government's Motion for Summary Judgment (Doc. 83) be **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Court adopts the Magistrate Judge's Memorandum and Recommendation (Doc.84) in full.

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE